NOT FOR PUBLICATION

FILED

OCT 03 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50449 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00532-DDP |
| v. | |
| MICHAEL DERRAN WEIR, a.k.a. michaeldwmale, a.k.a. boys4u2c, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted September 24, 2013[**]

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Michael Derran Weir appeals from the district court's judgment and

challenges his guilty-plea conviction and 144-month sentence for two counts of

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1); and one count of receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Weir's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Weir the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**